428 A.2d 236

Commonwealth v. Gordon, Appellant.

Submitted September 15, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.